# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☐ Under Seal

**Judge Assigned:** T.S. Ellis

**City:**
**Superseding Indictment:** Yes
**Criminal No.** 1:18-cr-83

**County:** Fairfax
**Same Defendant:** Yes
**New Defendant:** No

**Magistrate Judge Case No.:**
**Arraignment Date:**

**Search Warrant Case No.:**
**R. 20/R. 40 From:**

## Defendant Information:

**Defendant Name:** Paul J. Manafort, Jr.
**Alias(es):**
☐ Juvenile  **FBI No.**

**Address:** ▊▊▊▊▊ Alexandria, VA ▊

**Employment:**

**Birth Date:** ▊ 1949
**SSN:** ▊ 1725
**Sex:** Male
**Race:** White/Caucasian
**Nationality:** American

**Place of Birth:**
**Height:**
**Weight:**
**Hair:**
**Eyes:**
**Scars/Tattoos:**

☐ **Interpreter**  **Language/Dialect:** English
**Auto Description:**

## Location/Status:

**Arrest Date:** Oct 30, 2017
☐ Already in Federal Custody as of:         in:

☐ Already in State Custody    ☒ On Pretrial Release    ☒ Not in Custody
☐ Arrest Warrant Requested    ☐ Fugitive               ☐ Summons Requested
☐ Arrest Warrant Pending      ☐ Detention Sought       ☒ Bond

## Defense Counsel Information:

**Name:** Kevin M. Downing
☐ Court Appointed    **Counsel Conflicts:**

**Address:** 601 New Jersey Ave NW, Suite 620, Wash, D.C. 20001
☒ Retained

**Phone:** 202-754-1992
☐ Public Defender
☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Greg D. Andres
**Phone:** 202-616-0800
**Bar No.**

## Complainant Agency - Address & Phone No. or Person & Title:

Federal Bureau of Investigation

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 26 U.S.C. § 7206(1); 18 | Subscribing to False United States | 1–5 | Felony |
| Set 2: | 31 U.S.C. §§ 5314 and 5 | Failure To File Reports Of Foreign Ba | 11–14 | Felony |

**Date:**
**AUSA Signature:** [signature]

*may be continued on reverse*

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☐ Under Seal

**Judge Assigned:** T.S. Ellis

**City:**

**Superseding Indictment:** Yes

**Criminal No.** 1:18-cr-83

**County:** Fairfax

**Same Defendant:** No

**New Defendant:** Yes

**Magistrate Judge Case No.:**

**Arraignment Date:**

**Search Warrant Case No.:**

**R. 20/R. 40 From:**

## Defendant Information:

**Defendant Name:** Richard W. Gates III  **Alias(es):** Rick Gates  ☐ Juvenile  **FBI No.**

**Address:** ▮▮▮▮▮ Richmond, Virginia ▮▮

**Employment:**

**Birth Date:** ▮▮ 1972  **SSN:** ▮▮▮ 6598  **Sex:** Male  **Race:** White/Caucasian  **Nationality:** American

**Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**

☐ Interpreter  **Language/Dialect:** English  **Auto Description:**

## Location/Status:

**Arrest Date:** Oct 30, 2017  ☐ Already in Federal Custody as of:  in:

☐ Already in State Custody  ☒ On Pretrial Release  ☒ Not in Custody

☐ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested

☐ Arrest Warrant Pending  ☐ Detention Sought  ☒ Bond

## Defense Counsel Information:

**Name:**  ☐ Court Appointed  **Counsel Conflicts:**

**Address:**  ☐ Retained

**Phone:**  ☐ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Greg D. Andres  **Phone:** 202-616-0800  **Bar No.**

## Complainant Agency - Address & Phone No. or Person & Title:

Federal Bureau of Investigation

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 26 U.S.C. § 7206(2); 18 | Assisting in the Preparation of False | 6–10 | Felony |
| Set 2: | 26 U.S.C. § 7206(1); 18 | Subscribing to False United States | 15–19 | Felony |

**Date:**  **AUSA Signature:** [signature]  *may be continued on reverse*