# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:18-cr-83-TSE |
| Paul J. Manafort, Jr., and Richard W. Gates III ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 02/27/2018

/s/ Andrew Weissmann
*Attorney's signature*

Andrew Weissmann
*Printed name and bar number*
950 Pennsylvania Ave NW
Washington, D.C. 20530

*Address*

AAW@usdoj.gov
*E-mail address*

(202) 616-0800
*Telephone number*

*FAX number*