# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-cr-83-TSE |
| Richard W. Gates III | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Richard W. Gates III                                                                                                                    .

Date:   02/27/2018                                                   /s/ Griffith L. Green
                                                                         *Attorney's signature*

                                                                   Griffith L. Green (EDVA Bar No. 38936)
                                                                       *Printed name and bar number*

                                                                         Sidley Austin LLP
                                                                         1501 K Street, N.W.
                                                                         Washington, DC 20005
                                                                              *Address*

                                                                         ggreen@sidley.com
                                                                           *E-mail address*

                                                                         (202) 736-8126
                                                                         *Telephone number*

                                                                         (202) 736-8711
                                                                           *FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of February, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew A. Weissmann
US Attorney's Office (Alexandria)
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
Email: AAW@usdoj.gov

Greg D. Andres
US Attorney's Office (Alexandria)
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
Email: GDA@usdoj.gov

*/s/Griffith L. Green*
Griffith L. Green
EDVA Bar No. 38936
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
ggreen@sidley.com
(202) 736-8126 (telephone)
(202) 736-8711 (fax)