IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Case. No. 1:18-cr-83 (TSE) |
| | ) | |
| Defendant. | ) | |

### DEFENDANT RICHARD W. GATES III'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

Defendant Richard W. Gates III respectfully requests that the arraignment in this matter be continued from this Friday, March 2, 2018 to March 9, 2018 or March 16, 2018 or, in the alternative, to the earliest date after that which is convenient for the Court.

The Court recently issued a notice scheduling the arraignment in the above captioned matter on Friday, March 2, 2018. Mr. Gates' lead counsel, Thomas C. Green, is not available that day because of preexisting plans to visit his grandchildren in California. The current date of arraignment for this case is in conflict with counsel's long-planned trip, and therefore Mr. Green is requesting that the arraignment be postponed until Friday, March 9, 2018 or Friday, March 16, 2018. Moreover, the Government has filed a motion to dismiss without prejudice the charges against Mr. Gates, and, if granted, that motion would render moot any need for an arraignment in this case.

Accordingly, it is in the interest of justice to continue the date of Mr. Gates' arraignment, and Mr. Gates respectfully requests that the arraignment in this matter be continued on March 9,

2018 or March 16, 2018 if possible or, in the alternative, postponed to a later date convenient for the Court.  Mr. Gates waives a hearing on this motion.

Before filing this motion, undersigned counsel contacted counsel for the government regarding this motion, and the government has indicated that it does not oppose this motion.

For the foregoing reasons, Mr. Gates respectfully requests that the arraignment in this matter be continued to March 9, 2018 or March 16, 2018 or, in the alternative, to the next available date convenient for the Court.

Respectfully submitted,

*/s/Griffith L. Green*
Griffith L. Green
EDVA Bar No. 38936
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
ggreen@sidley.com
(202) 736-8126 (telephone)
(202) 736-8711 (fax)

*/s/Thomas C. Green*
Thomas C. Green
*Pro Hac Vice Application To Be Submitted*
D.C. Bar No. 14498
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
tcgreen@sidley.com
(202) 736-8069 (telephone)
(202) 736-8711 (fax)

*Attorneys for Richard W. Gates III*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of February, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew A. Weissmann
US Attorney's Office (Alexandria)
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
Email: AAW@usdoj.gov

Greg D. Andres
US Attorney's Office (Alexandria)
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
Email: GDA@usdoj.gov

*/s/Griffith L. Green*
Griffith L. Green
EDVA Bar No. 38936
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
ggreen@sidley.com
(202) 736-8126 (telephone)
(202) 736-8711 (fax)