IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Case. No. 1:18-cr-83 (TSE) |
| | ) | |
| Defendant. | ) | |

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

The Court having considered the defendant's motion to continue arraignment, it is hereby

ORDERED that the motion is GRANTED, and the hearing is rescheduled to _____.


Date: _____     _____
                                   JUDGE T. S. ELLIS, III
                                   UNITED STATES DISTRICT JUDGE