IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No: 1:18-cr-83 (TSE) |
| v. | ) |
| | ) |
| RICHARD W. GATES III, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING THE GOVERNMENT'S UNOPPOSED MOTION TO DISMISS CHARGES AGAINST DEFENDANT RICHARD W. GATES III WITHOUT PREJUDICE**

The Court having considered the government's motion, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss without prejudice the charges in Counts 5 through 10 and 15 through 32 of the Superseding Indictment against defendant Richard W. Gates III, it is hereby

ORDERED that the government's motion is GRANTED;

It is further ORDERED that the charges in Counts 5 through 10 and 15 through 32 of the Superseding Indictment are dismissed without prejudice as to defendant Gates.

It is further ORDERED that defendant Gates' motion to continue the arraignment (Doc. 19) is DENIED AS MOOT.

Alexandria, Virginia
March 1, 2018

/s/
**T. S. Ellis, III**
**United States District Judge**