Filed with Classified
Information Security Officer

CISO [signature]

Date 5/17/2018

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant. | Case No. 1:18-cr-83 (TSE)<br><br>**IN CAMERA, EX PARTE**<br>AND UNDER SEAL<br><br>Filed with Classified Security Officer |

### GOVERNMENT'S NOTICE OF FILING OF UNREDACTED MEMORANDUM