# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:18-cr-83 (TSE) |
| Paul J. Manafort, Jr. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 06/22/2018

/s Scott Meisler
*Attorney's signature*

Scott Meisler
*Printed name and bar number*

Special Counsel's Office
950 Pennsylvania Ave NW
Washington, DC 20530

*Address*

SACM@usdoj.gov
*E-mail address*

(202) 616-0800
*Telephone number*

*FAX number*